UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Curt Matthew Craven, | Case No. 25-CV-01107 (JMB/LIB) |
| Plaintiff, | |
| v. | ORDER |
| Stearns County Jail, | |
| Defendant. | |

Curt Matthew Craven, Alexandria, MN, self-represented.

Sarah N. Austin and Vicki A. Hruby, Jardine, Logan & O'Brien PLLP, Lake Elmo, MN, for Defendant Stearns County Jail.

This matter is before the Court on the Report and Recommendation (R&R) of United States Magistrate Judge Leo I. Brisbois. (Doc. No. 13.) The R&R recommends that Defendant Stearns County Jail's Motion to Dismiss (Doc. No. 5) be granted in part and denied in part and that Plaintiff Curt Matthew Craven's claims be dismissed without prejudice. (*See* Doc. No. 13.) Neither party has objected to the R&R, and the time to do so has now passed. *See* D. Minn. L.R. 72.2(b)(1).

In the absence of timely objections, the Court reviews the R&R for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter, IT IS HEREBY ORDERED THAT:

1. The R&R (Doc. No. 13) is ADOPTED.

1

2.       Defendant Stearns County Jail's Motion to Dismiss (Doc. No. 5) is GRANTED to the extent it seeks dismissal of Plaintiff Curt Matthew Craven's claims without prejudice and is DENIED to the extent it seeks dismissal with prejudice.

3.       The Court dismisses this action without prejudice.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: July 21, 2025                                                                     /s/ *Jeffrey M. Bryan*
                                                                                                           Judge Jeffrey M. Bryan
                                                                                                           United States District Court